**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA (Alexandria Division)**

| | |
|---|---|
| Janice Cho ) | |
|     Plaintiff ) | |
| ) | <u>Case No. 18-cv-01062 LMB/IDD</u> |
| v. ) | |
| ) | Consolidated with |
| Joong Ang Daily News ) | Case No. 19-cv-00111 |
| Washington, Inc. *et al.* ) | |
|     Defendants ) | |

## **OFFER OF JUDGMENT**

Defendants Joong Ang Daily News Washington, Inc., Joong Ang Media Network USA, Inc., and Joong Ang Daily News California, Inc. (collectively, the "Defendants"), by counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, offer to allow judgment to be taken against the Defendants, jointly and severally, in favor of Plaintiff Janice Cho ("Ms. Cho") in the amount of Twenty Thousand Dollars ($20,000.00) to resolve all claims in this consolidated action, with an additional amount for Ms. Cho's reasonable attorney's fees and costs accrued to the date of service of this Offer of Judgment as determined by this Court on petition of Ms. Cho.

    Dated: April 23, 2019

                                        Respectfully Submitted,
                                        By Counsel
                                        _____/s/_____
                                        James Y. Victory, VSB No. 66042
                                        Hanmi Center for Justice, PLLC
                                        9667 B Main St.
                                        Fairfax VA  22031
                                        Tel: 703-333-2005 Fax: 866-399-0698
                                        Email: hanmicenter@gmail.com
                                        *Co-Counsel for defendants Joong Ang Daily News*
                                        *Washington, Inc. et al.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2019, I've served Defendants' Offer of Judgment by first class mail, postage pre-paid, and by e-mail on the following:

Hyunkweon Ryu, Esq.
Ryu & Ryu, PLC
301 Maple Ave., West,
Suite 620
Vienna VA  22180
Tel: 703-319-0001
Email: michaelryu@ryulawgroup.com
*Counsel for Janice Cho (Plaintiff in Case No. 18-cv-01062;*
*Defendant in Case No. 19-cv-00111)*

                                         _____/s/_____
                                         James Y. Victory, VSB No. 66042
                                         Hanmi Center for Justice, PLLC
                                         9667 B Main St.
                                         Fairfax VA  22031
                                         Tel: 703-333-2005 Fax: 866-399-0698
                                         Email: hanmicenter@gmail.com
                                         *Co-Counsel for defendants Joong Ang Daily News*
                                         *Washington, Inc.*